UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

* * * * * * * * * * * * * * * * *

Christopher J. Bolt,

          Petitioner,

                                              ORDER ADOPTING
vs.                                     REPORT AND RECOMMENDATION

Warden -- et al, Medical
Staff,

          Respondents.               Civ. No. 08-700 (MJD/RLE)

* * * * * * * * * * * * * * * * *

Based upon the Report and Recommendation of United States Magistrate Judge Raymond L. Erickson, and after an independent review of the files, records and proceedings in the above-titled matter, **IT IS ORDERED**:

1.    That the Petitioner's Application to Proceed <u>In</u> <u>Forma</u> <u>Pauperis</u> [Docket No. 2] is denied, as moot.

2.    That this action is summarily dismissed, but without prejudice, pursuant to Title 28 U.S.C. §1915A(b), and pursuant to Rule 41(b), Federal Rules of Civil Procedure.


DATED: May 9, 2008                            s/Michael J. Davis
At Minneapolis, Minnesota                Michael J. Davis, Judge
                                                      United States District Court